UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:19-cv-10316-RGS

ANDRES RAMON MELO,

    Plaintiff,

vs.

NEEP INVESTORS HOLDINGS LLC and
BROADWAY HOSPITALITY GROUP LLC,

    Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.

Dated this 10th day of June, 2019.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>By his attorneys, | The Defendants,<br>By their attorneys, |
| /s/Edward N. Garno, Esq.<br>Edward N. Garno, Esq.<br>P.O. Box 643<br>Lowell, Massachusetts 01853<br>Telephone: (978) 397-2400<br>Facsimile: (978) 455-1817<br>E-mail: nedgarno@hotmail.com<br>Massachusetts Bar No.: 564378<br>Counsel for Plaintiff | /s/Jennifer Dopazo Gilbert, Esq.<br>Jennifer Dopazo Gilbert, Esq.<br>Law Office of Robert L. Allen, Jr., LLP<br>300 Washington Street<br>Brookline, Massachusetts 02445<br>Telephone: (617) 383-6000<br>Facsimile: (617) 383-6001<br>E-mail: jgilbert@boballenlaw.com<br>Massachusetts Bar No.: 632770<br>Counsel for Defendant<br>Broadway Hospitality Group LLC |
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Counsel for Plaintiff | /s/Michael E. Steinberg Esq.<br>Michael E. Steinberg, Esq.<br>Seyfarth Shaw LLP<br>Seaport East Two Seaport Lane, Suite 300<br>Boston, Massachusetts 02210-2028<br>Telephone: (617) 946-4800<br>Facsimile: (617) 946-4801<br>E-mail: msteinberg@seyfarth.com<br>Massachusetts Bar No.: 690997<br>Counsel for Defendant<br>Neep Investors Holdings LLC |
| | /s/Minh N. Vu, Esq.<br>Minh N. Vu, Esq.<br>Seyfarth Shaw LLP<br>975 F Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 463-2400<br>Facsimile: (202) 828-5393<br>E-mail: mvu@seyfarth.com<br>Counsel for Defendant<br>Neep Investors Holdings LLC |

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on June 10, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: all Counsel of record.

WE HEREBY CERTIFY that on Jun 10, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

By:     /s/Todd W. Shulby, Esq.
        Todd W. Shulby, Esq.